**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00756-REB-KLM

STEVEN R. WILSON,

      Plaintiff,

v.

LT. RYAN BEZONA,
CMC ACC SGT. MATHIS, and
CMC ACC CO-I WAGNER,

      Defendants.

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

      This matter is before me on the following: (1) the plaintiff's paper captioned as **Information for Temporary Restraining Order** [#32] filed October 25, 2010, which I construe as a motion for temporary restraining order; (2) the **Recommendation of United States Magistrate Judge** [#34] filed October 27, 2010; and (3) the plaintiff's paper captioned **Recommendation of United States Magistrate Judge** [#36] filed November 15, 2010, which I construe as plaintiff's objections to the recommendation of the magistrate judge. I overrule the objections, approve and adopt the recommendation, and deny the motion for temporary restraining order.

      As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and I have considered carefully the recommendation, objections, and applicable law. In addition, because the applicant is proceeding *pro se*, I have construed his pleadings more liberally and held them to a

less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Finding no error in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.  I find also that the objections [#36] stated by the plaintiff are without merit, and, thus, I overrule those objections.

The plaintiff, Steven Wilson, is an inmate in the custody of the Colorado Department of Corrections (DOC).  In his motion for temporary restraining order, Wilson contends that the defendants handled improperly an item of legal mail, which apparently was addressed to Wilson and was sent to Wilson from a law firm.   Wilson says he was informed, via a written DOC notice, that the mail was returned to sender because it did not satisfy specific DOC requirements for legal mail.  I agree with the conclusion of the magistrate judge that Wilson has not shown any basis for relief in the nature of a temporary restraining order or preliminary injunction.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#34] filed October 27, 2010, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the objections stated by the plaintiff in his paper captioned **Recommendation of United States Magistrate Judge** [#36] filed November 15, 2010, are **OVERRULED**; and

3.  That the plaintiff's motion for temporary restraining order, as stated in the plaintiff's paper captioned as **Information for Temporary Restraining Order** [#32] filed October 25, 2010, is **DENIED**.

Dated November 16, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge