IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00756-REB-KLM

STEVEN R. WILSON

      Plaintiff,

v.

LT. RYAN BEZONA,
CMC ACC SGT. MATHIS, and
CMC ACC CO-1 WAGNER,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Request for Minute Orders for Hearing Held on November 17, 2010** [Docket No. 39; Filed December 3, 2010] (the "Motion").  Plaintiff requests that the Clerk of the Court mail him a copy of the Courtroom Minutes and Minute Order [Docket No. 38] entered at the Scheduling Conference on November 17, 2010.  Court records indicate that a copy of the Courtroom Minutes and Minute Order was mailed to Plaintiff on November 17, 2010.  However, as Plaintiff represents that he did not receive the document,

      IT IS HEREBY **ORDERED** that the Clerk of the Court shall mail a second copy of the Courtroom Minutes and Minute Order [#38] to Plaintiff.

      Dated:  December 8, 2010