IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00756-REB-KLM

STEVEN R. WILSON

      Plaintiff,

v.

LT. RYAN BEZONA,
CMC ACC SGT. MATHIS, and
CMC ACC CO-1 WAGNER,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for the Request of Discovery Production of Documents to Defendants** [Docket No. 47; Filed March 21, 2011] (the "Motion").  Plaintiff has requested that Defendants produce copies of correspondence envelopes addressed to him that were sent from the United States Supreme Court and the United States Court for Veterans Appeals and received by the Colorado Department of Corrections ("CDOC") during the period from March 1, 2009 to November 1, 2010.  *Motion* [#47] at 1-2.  Defendants responded to this request by representing that CDOC "does not make copies of all incoming correspondence envelopes addressed to offenders."  *Id.* at 2.  This response is inadequate.  Defendants have not indicated whether they or CDOC in fact possess any correspondence envelopes addressed to Plaintiff.  Absent a valid objection, Defendants must produce all correspondence envelopes that are responsive to Plaintiff's discovery request.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**.

      IT IS FURTHER **ORDERED** that on or before **April 15, 2011** Defendants must produce any correspondence envelopes addressed to Plaintiff that were sent from the United States Supreme Court and the United States Court for Veterans Appeals and received by CDOC during the period from March 1, 2009 to November 1, 2010.

      Dated:  April 4, 2011