**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00756-REB-KLM

STEVEN R. WILSON,

      Plaintiff,

v.

LT. RYAN BEZONA,
CMC ACC SGT. MATHIS, and
CMC ACC CO-I WAGNER,

      Defendants.

---

## ORDER DENYING MOTION FOR RECONSIDERATION

**Blackburn, J.**

      This matter is before the court on the plaintiff's **Motion for Reconsideration to District Judge for the Appointment of Counsel** [#71] filed June 17, 2011.  I deny the motion.

      The plaintiff states that his motion "is related to Magistrate Judge Kristen L. Mix order denying Plaintiff's request for counsel . . . ."  The plaintiff claims circumstances have changed, and the appointment of counsel is warranted.  The magistrate judge entered three orders [#29, #35, #64] denying plaintiff's motions for appointment of counsel.

      The plaintiff's motion challenges orders entered by the magistrate judge addressing non-dispositive matters that were referred to the magistrate judge for resolution.  Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of an order of a magistrate judge which I find to be clearly erroneous or

contrary to law.  The analysis of the magistrate judge as presented in the three orders

[#29, #35, #64] denying the plaintiff's motion for appointment of counsel is correct.

These orders are neither clearly erroneous nor contrary to law.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Motion for Reconsideration**

**to District Judge for the Appointment of Counsel** [#71] filed June 17, 2011, is

**DENIED**.

Dated February 27, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge