**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00756-REB-KLM

STEVEN R. WILSON,

     Plaintiff,

v.

LT. RYAN BEZONA,
CMC ACC SGT. MATHIS, and
CMC ACC CO-I WAGNER,

     Defendants.

## ORDER FOR AMENDED FINAL JUDGMENT

**Blackburn, J.**

This matter is before me on the **Order and Judgment** of the United States Court of Appeals for the Tenth Circuit, docketed in this case as [#95][1] and filed October 10, 2012. In the **Order and Judgment** [#95], the court of appeals directs that the dismissal in this case be modified to dismiss this case without prejudice for failure to exhaust administrative remedies, rather than with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the Clerk of the Court **SHALL ISSUE** an **Amended Final Judgment** in this case;

     2. That at paragraph B. 2. on page two, the **Amended Final Judgment SHALL PROVIDE** that this case is dismissed without prejudice for failure to exhaust

---

[1] "[#95]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

administrative remedies;

      3.  That otherwise, the **Amended Final Judgement SHALL CONTAIN** the same terms as the **Final Judgment** [#78] entered in this case on February 28, 2012.

      Dated October 11, 2012, at Denver, Colorado.

      **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

2

administrative remedies;

    3.  That otherwise, the **Amended Final Judgement SHALL CONTAIN** the same terms as the **Final Judgment** [#78] entered in this case on February 28, 2012.

Dated October 11, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge