**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-00756-REB-KLM

STEVEN R. WILSON,

    Plaintiff,

v.

LT. RYAN BEZONA,
CMC ACC SGT. MATHIS, and
CMC ACC CO-I WAGNER,

    Defendants.

---

**AMENDED[1] FINAL JUDGMENT**

---

    Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Amended Final Judgment** is entered.

    A.  Pursuant to the **Order To Dismiss in Part and To Draw Case to a District Judge and Magistrate Judge** [#19] entered by Judge Christine M. Arguello for Senior Judge Zita L. Weinshienk on August 18, 2010, which order is incorporated by reference,

    **IT IS ORDERED** as follows:

    1.  That the complaint is **DISMISSED IN PART** and drawn in part;

    2.  That the claims asserted against Defendants Governor Bill Ritter, Aristedes W. Zavaras, and Rae Tamme are **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B);

    3.  That Defendants Governor Bill Ritter, Aristedes W. Zavaras, and Rae Tamme

---

[1] Amended to comply with the **Order for Amended Final Judgment** [#96] filed October 11, 2012.

are **DISMISSED** as parties, and the Clerk of the Court is directed to remove their names from this action.

B. Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#76] entered by Judge Robert E. Blackburn on February 27, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the defendants' **Motion for Summary Judgment** [#50] filed April 15, 2011, is **GRANTED**;

2. That this case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies;

3. That **JUDGMENT IS ENTERED** in favor of the defendants, Lt. Ryan Bezona, CMC ACC Sgt. Mathis, and CMC ACC CO-I Wagner, against the plaintiff, Steven R. Wilson; and

4. That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 12th day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk